UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENERA LOUISE BEALS,<br><br>                    Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                    Defendant. | CASE NO. C17-1668-RBL-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 16.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall instruct the Administrative Law Judge to further assess plaintiff's mental impairments and functional limitations; give further consideration to the medical opinions of Alex Crampton Psy. D.; reevaluate plaintiff's residual functional capacity assessment; and obtain vocational expert evidence, as warranted.

REPORT & RECOMMENDATION
PAGE - 1

1 The Court recommends United States District Judge Ronald B. Leighton immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 9th day of May, 2018.

Mary Alice Theiler
United States Magistrate Judge